No. 92–5201. WOODARD v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5203. AGUILAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5204. YATES v. GARNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5206. FIELDS v. ATTORNEY GENERAL OF MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5207. HAMILTON v. ROWLAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5210. RUSSELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5211. MOHD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5212. MAPLES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5213. McCLURE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5215. PRESTON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5216. MERIT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5217. PACE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–5218. MINIEL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–5219. PALMA v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5220. MILLER v. PLANTIER, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER. C. A. 3d Cir. Certiorari denied.